UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
MUTAHER SAEED AL-MASHWALI, et al.,
                              Plaintiffs,

-against-

U.S. CITIZENSHIP AND IMMIGRATION
SERVICES, et al.,

                              Defendants.
------------------------------------------------------------X

23 Civ. 7967 (LGS)

ORDER

LORNA G. SCHOFIELD, District Judge:

WHEREAS on September 14, 2023, the Complaint was filed. It is hereby

**ORDERED** that the Government shall, by **November 30, 2023**, file a memorandum in response to the Complaint. The memorandum shall not exceed fifteen pages. Plaintiffs shall, by **December 15, 2023**, file a reply memorandum that shall not exceed ten pages. The memoranda and other materials shall otherwise comply with the Court's Individual Rules.

Dated: October 31, 2023
       New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE