Application **GRANTED**.  By **April 15, 2024**, the Government shall file its motion for summary judgment, with a memorandum of law not to exceed 25 pages.  By **May 13, 2024**, Plaintiffs shall file their opposition and cross-motion for summary judgment, not to exceed 40 pages.  By **June 3, 2024**, the Government shall file its reply and opposition to Plaintiffs' cross-motion for summary judgment, not to exceed 25 pages.  By **June 17, 2024**, Plaintiffs shall file their reply in support of their cross-motion, not to exceed 10 pages.  Notwithstanding the aforementioned page allocation, the parties may reallocate the page numbers as they deem appropriate, so long as neither party exceeds 50 pages of briefing in total.  The parties shall otherwise comply with the Court's Individual Rules in filing their motions and supporting papers.

Dated: March 19, 2024
       New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE

Re:  *Al-Mashwali, et al. v. USCIS, et al.*, 23 Civ. 7967 (LGS)

Dear Judge Schofield:

This Office represents the government in this action in which plaintiff Mutaher Saeed Al-Mashwali ("Al-Mashwali") challenges the decision of U.S. Citizenship and Immigration Services ("USCIS") to deny three Petitions for Alien Relative ("Form I-130") that Al-Mashwali had submitted as petitioner on behalf of each of the remaining named plaintiff beneficiaries, who Al-Mashwali claims are his biological children.  On behalf of the government, I write respectfully to request a twenty-five day extension of the March 21, 2024 deadline for the government to move for summary judgment, and propose a revised briefing schedule.

By way of background, on January 24, 2024, the Court entered a revised schedule as follows: plaintiffs shall file their amended complaint by February 16, 2024; the government shall file the certified administrating record ("CAR") relating to Salma's Form I-130 by February 22, 2024, and file its motion for summary judgment by March 21, 2024, with a memorandum of law not to exceed 25 pages; plaintiffs shall file their opposition and cross-motion for summary judgment by April 11, 2024, not to exceed 40 pages; the government shall file its reply and opposition to plaintiffs' cross-motion for summary judgment by May 9, 2024, not to exceed 25 pages; and plaintiffs shall file their reply in support of their cross-motion by May 23, 2024, not to exceed 10 pages. *See* ECF No. 23.  Since then, Plaintiffs filed their amended complaint on February 16, 2024, *see* ECF No. 24. and the government filed the referenced CAR on February 22, 2024, *see* ECF No. 25.

This is the government's first request to modify this schedule. The requested extension is necessary due to the press of business, particularly the past several weeks, which has resulted in the need to juggle competing deadlines in the matters assigned to the undersigned. Accordingly, and with Plaintiffs' consent, the government proposes the following new schedule: the government shall file its motion for summary judgment by April 15, 2024, with a memorandum of law not to exceed 25 pages; plaintiffs shall file their opposition and cross-motion for summary judgment by May 13, 2024, not to exceed 40 pages; the government shall file its reply and opposition to plaintiffs' cross-motion for summary judgment by June 3, 2024, not to exceed 25 pages; and plaintiffs shall file their reply in support of their cross-motion by June 17, 2024, not to exceed 10 pages.

I thank the Court for its consideration of this letter.

                                      Respectfully submitted,

                                      DAMIAN WILLIAMS
                                      United States Attorney

By:   /s/ Joseph A. Pantoja
        JOSEPH A. PANTOJA
        Assistant United States Attorney
        86 Chambers Street, 3rd Floor
        New York, New York 10007
        Telephone: (212) 637-2785
        E-mail: joseph.pantoja@usdoj.gov
        *Attorney for Defendants*

cc: Counsel of record (via ECF)