Application **GRANTED**. By **June 21, 2024**, Plaintiffs shall file their opposition to the Government's motion for summary judgment and their own cross-motion for summary judgment, not to exceed 40 pages. By **July 12, 2024**, the Government shall file its reply and opposition to Plaintiffs' cross-motion for summary judgment, not to exceed 25 pages. By **July 26, 2024**, Plaintiffs shall file their reply in support of their cross-motion, not to exceed 10 pages. Notwithstanding the aforementioned page allocation, the parties may reallocate the page numbers as they deem appropriate, so long as neither party exceeds 50 pages of briefing in total. The parties shall otherwise comply with the Court's Individual Rules in filing their motions and supporting papers.

Dated: May 9, 2024
    New York, New York

_____
LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE

Re: *Al-Mashwali, et al. v. USCIS, et al.*, 23-cv-7967 (LGS)

Dear Judge Schofield,

This Office represents the plaintiffs in the above-captioned action: Mutaher Saeed Al-Mashwali ('Mr. Al-Mashwali') and his biological children, Salma Mutaher Saeed Al-Mashwali, Ahmed Mutaher Saeed Al-Mashwali, and Khabab Mutaher Saeed Al-Mashwali, for whom Mr. Al-Mashwali submitted as petitioner on behalf of each of the remaining named plaintiff beneficiaries. This legal matter challenges the decision by U.S. Citizenship and Immigration Services ("USCIS") to deny three Petitions for Alien Relatives ("Form I-130"). The plaintiffs respectfully request a thirty-nine-day extension of the current May 13, 2024, deadline to file their opposition to the defendants' ("the Government") motion for summary judgment and their cross-motion for summary judgment. Additionally, the plaintiffs propose a revised briefing schedule to accommodate this extension.

For the purpose of background, on March 19, 2024 [ECF No. 29], the Court granted the Government's first consent motion to modify the motion for summary judgment briefing schedule and entered a revised schedule as follows: by April 15, 2024, the Government shall file its motion for summary judgment, with a memorandum of law not to exceed 25 pages. By May 13, 2024, plaintiffs shall file their opposition and cross-motion for summary judgment, not to exceed 40 pages. By June 3, 2024, the Government shall file its reply and opposition to plaintiffs' cross-motion for summary judgment, not to exceed 25 pages. By June 17, 2024, plaintiffs shall file their reply in support of their cross-motion, not to exceed 10 pages Since then, the Government has filed its motion for summary judgment.

This is the plaintiffs' first request to modify the current briefing schedule. The necessity for an extension arises from an unforeseen reduction in the supporting legal team within this Office, notably marked by a sudden leave of absence of a pivotal attorney involved in this case. These developments have compelled this Office to reallocate resources and reassess its capacity to meet the existing deadlines effectively. Accordingly, and with the Government's consent, plaintiffs respectfully proposes the following new schedule: plaintiffs shall file their opposition and cross-motion for summary judgment by June 21, 2024, not to exceed 40 pages; the government shall file its reply and opposition to plaintiffs' cross-motion for summary judgment by July 12, not to exceed 25 pages; and plaintiffs shall file their reply in support of their cross-motion by July 26, 2024, not to exceed 10 pages.

Plaintiffs thank the Court for its consideration of this request.

Respectfully Submitted,

By: */s/ Julie Goldberg*
Julie Goldberg, Esq.
GOLDBERG & ASSOCIATES, P.C
5586 Broadway, Third Floor
Bronx, NY 10463
(718)432-1022
Ecf@goldbergimmigration.com
*Attorney for Plaintiffs*

| NEW YORK | LOS ANGELES | DETROIT | DJIBOUTI |
|---|---|---|---|
| 5586 Broadway, Third Floor | 14370 Ventura Blvd. | 3005 Oakwood Blvd. | Marabout Lot No 549A |
| Bronx, NY 10463 | Sherman Oaks, CA 91423 | Melvindale, MI 48122 | Heron, Djibouti |
|  |  |  | Past the second Circle, |
| Tel. 718.432.1022 | Tel. 818.999.1599 | Tel. 818.999.1559 | Big Yellow House |

2