# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------------X
MUTAHER SAEED AL-MASHWALI et al.,

                         Plaintiffs,                    23 **CIVIL** 7967 (LGS)

      -against-                              **JUDGMENT**

U.S. CITIZENSHIP AND IMMIGRATION SERVICES et al.,

                        Defendants.
-----------------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated March 20, 2025, Defendants' motion for summary judgment is GRANTED, and Plaintiffs' cross-motion for summary judgment is DENIED. Accordingly, the case is closed.

**Dated:** New York, New York

      March 21, 2025

                                                              **TAMMI M. HELLWIG**
                                                              _____
                                                                **Clerk of Court**

                                 **BY:**

                                                                _____
                                                                **Deputy Clerk**